# United States Bankruptcy Court
## District of Colorado

In re  STEPS Real Estate International  LLC

Debtor(s)

Case No.

Chapter  7

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   STEPS Real Estate International  LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 16, 2019**
Date

/s/ Jane M. Roberson
**Jane M. Roberson**
Signature of Attorney or Litigant
Counsel for  STEPS Real Estate International  LLC
**Roberson Law LLC**
**720 S Colorado Blvd**
**Unit 630-S**
**Denver, CO 80246**
**303-893-0833 Fax:303-431-0633**
**Roberson@JustAskJane.com**